KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
DEMERY RYAN, Bar No. 217176
dryan@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants
CBRE GROUP, INC. AND CBRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMA,<br><br>Plaintiff,<br><br>v.<br><br>CBRE GROUP, INC.; CBRE, INC.; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; J.P. MORGAN CHASE BANK, NA; J.P. MORGAN CHASE & CO; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 2:16-CV-06040-CBM-AJW<br><br>ASSIGNED TO HON. CONSUELO B. MARSHALL<br><br>**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: March 13, 2018 |

1.

## **ORDER**

Good cause appearing, the terms of the Parties' Stipulated Protective Order filed on May 11, 2017 and re-filed on May 15, 2017 are adopted by the Court. The Parties shall adhere to the terms of the Stipulated Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

Dated: May 16, 2017

HON. ANDREW J. WISTRICH
MAGISTRATE JUDGE UNITED STATES DISTRICT COURT

Firmwide:147634550.1 068019.1013