UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMA,<br><br>    Plaintiff,<br><br>v.<br><br>CBRE GROUP, INC.; CBRE, INC.; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; J.P. MORGAN CHASE BANK, NA; J.P. MORGAN CHASE & CO; and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 2:16-CV-06040-CBM-AJW<br><br>ASSIGNED TO HON. CONSUELO B. MARSHALL<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the COURT HEREBY ORDERS ENTRY OF JUDGMENT AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 54(b), the clerk is directed to enter final judgment on the Eighth Cause of Action for violation of PAGA as to Defendants CBRE, Inc. and CBRE Group, Inc. ("Settling Defendants"), finally deciding the rights and liabilities of Settling Defendants. The Court expressly determines that there is no just reason for delay of entry of final judgment on this cause of action as to Settling Defendants and that the claims against Settling Defendants are not inherently inseparable from other claims asserted in this action.

2. Plaintiff Steve Thoma and Settling Defendants shall comply with the terms and conditions of the PAGA Settlement Agreement and the Court's Order

granting the Joint Stipulation For Approval of PAGA Settlement Between Plaintiff and Defendants CBRE, Inc. and CBRE Group, Inc. and Dismissing PAGA Claims ("Joint Stipulation").

3. The Eighth Cause of Action for violation of PAGA is DISMISSED WITH PREJUDICE as to the Settling Defendants and without costs to either Plaintiff or the Settling Defendants, other than as specified in the PAGA Settlement Agreement and the Order granting the Joint Stipulation.

4. Without affecting the finality of this judgment, this Court will retain exclusive and continuing jurisdiction over this action and the parties, including the aggrieved employees, for the purpose of supervising, administering, implementing, enforcing, and interpreting the settlement agreement and enforcing its Order granting Final Approval of the Settlement.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
Honorable Consuelo B. Marshall
United States District Judge