# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMA,<br><br>Plaintiff,<br><br>vs.<br><br>CBRE GROUP, INC.; CBRE, INC.; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; J.P. MORGAN CHASE BANK, NA; J.P. MORGAN CHASE & CO; and DOES 1-50,<br><br>Defendants. | Case No.: 2:16-cv-06040-CBM-AJW<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the COURT HEREBY ORDERS ENTRY OF JUDGMENT AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 54(b), the clerk is directed to enter final judgment as to Defendants J.P. Morgan Chase National Corporate Services, Inc., J.P. Morgan Chase Bank, NA, and J.P. Morgan Chase & Co. ("Settling Defendants"), finally deciding the rights and liabilities of Settling Defendants. The Court expressly determines that there is no just reason for delay of entry of final judgment as to Settling Defendants and that the claims against Settling Defendants are not inherently inseparable from other claims asserted in this action.

2. Plaintiff Steve Thoma and Settling Defendants shall comply with the terms and conditions of the Stipulation of Settlement and Release and the Court's Order granting Final Approval of the Settlement.

3. This action is DISMISSED WITH PREJUDICE as to the Settling Defendants and without costs to either Plaintiff or the Settling Defendants, other than as specified in the Stipulation of Settlement and Release and the Order granting Final Approval of the Settlement.

4. Without affecting the finality of this judgment, this Court will retain exclusive and continuing jurisdiction over this action and the parties, including the Class Members, for the purpose of supervising, administering, implementing, enforcing, and interpreting the settlement agreement and enforcing its Order granting Final Approval of the Settlement.

5. Persons who timely requested exclusion from the Class will not participate in any recovery through the Settlement and shall not be bound by the Court's Final Approval Order or this Judgment.

IT IS SO ORDERED.

Dated: October 23, 2018

Honorable Consuelo B. Marshall
United States District Judge